BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CV-02046-WBS-DAD |
| Plaintiff, | |
| v. | REQUEST AND [PROPOSED] ORDER TO CONTINUE PRETRIAL SCHEDULING CONFERENCE |
| APPROXIMATELY $11,800.00 IN U.S. CURRENCY, | |
| Defendants. | |

The United States requests that the Court continue the Pretrial Scheduling Conference from January 5, 2015 to April 13, 2015 at 2:00 p.m.

**Introduction**

On September 4, 2014, the United States filed a civil forfeiture complaint against the above-captioned currency ("Defendant Currency") based on its alleged involvement in federal drug law violations.  (ECF #1).

The Court set a Pretrial Scheduling Conference for January 5, 2015 at 2:00 pm. (ECF #2).

The United States served notice on all potential claimants and filed certificates of service. (ECF #5-11).   No claimants have entered this case.

On December 8, 2014, after the deadline for claimants to enter the case expired, the United States requested the entry of Clerk's Default.  (ECF #12).  Clerk's Default was

entered on December 9, 2014. (ECF #13). In the next 30-60 days the United States intends to file a motion for default judgment and final judgment of forfeiture, which would end this case.

## Good Cause

Thus, for reasons of judicial economy, there is good cause to continue the Pretrial Scheduling Conference in this case from January 5, 2015 to April 13, 2015 (or to another date the Court deems appropriate).

Dated:  12/19/2014                          BENJAMIN B. WAGNER
                                            United States Attorney

                                    By:    /s/ Jeffrey A. Spivak
                                           JEFFREY A. SPIVAK
                                           Assistant U.S. Attorney

## ORDER

Pursuant to the United States' request and good cause appearing, the Pretrial Scheduling Conference is continued from January 5, 2015 to April 13, 2015.

IT IS SO ORDERED.

Dated:  December 19, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE