UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America , <br><br> Plaintiff, <br><br> v. <br><br> Approximately $ 11,8000.00 in U.S. Currency, <br><br> Defendant. | Case No. 2:14-CV-2046 WBS DAD <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED again defendant:

Tasha Boutte; Keidric Rouege; Sigrid Rouege; Rachel Lea Rouege; Michael Rouege; and defendant currency Approximately $11,800.00 in U.S. Currency

March 04, 2015                                          MARIANNE MATHERLY, CLERK

By: /s/ M. Marciel, Deputy Clerk